Priority
Send
Enter
Closed
~~JS-5~~/JS-6 ✓
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES RAY GRAYSON,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>G. HALL, Warden,<br><br>　　　　　Respondent. | Case No. EDCV 06-287-JSL (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 6/12/09

*Spencer Letts*

HONORABLE J. SPENCER LETTS
Senior United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge